IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BENJAMIN WITTES,** *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> **OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE**, <br><br> *Defendant*. | Case No. 1:20-cv-02020-CJN |

**JOINT STATUS REPORT**

Plaintiffs Benjamin Wittes and Scott Anderson and Defendant Office of the Director of National Intelligence ("ODNI") hereby submit this joint status report in this Freedom of Information Act ("FOIA") case:

**I. The Status of Plaintiffs' FOIA Requests**

Two FOIA requests are at issue in this case. The first FOIA request generally seeks records concerning the results of ODNI's "Analytic Objectivity and Process Surveys" (AOPS) from 2015 through 2020. *See* Compl., ECF No. 1, ¶ 16. The second FOIA request generally seeks records concerning "the annual intelligence community employee climate surveys" from 2015 through 2020. *See id.* ¶ 17.

In the last joint status report, ODNI had reported that it had identified approximately 2,600 responsive pages as a result of a supplemental search, and that ODNI was "continu[ing] to process these documents and, where appropriate, will refer records that contain other agency equities for inter-agency review." ECF No. 22, at 1-2.

1

Since the last joint status report, ODNI made an additional production of documents to Plaintiffs. This production consisted of 93 records that ODNI produced in full on October 25, 2021. In addition, ODNI's production letter stated that it had located an additional approximately 975 documents originated by other elements of the Intelligence Community, and that those records are being referred to those agencies for review and direct reply to Plaintiffs.

After ODNI's October 25, 2021 production, the parties met and conferred, and Plaintiffs indicated they were primarily interested in records that were similar to only a particular type of record that had been produced in the October 25, 2021 production. Plaintiffs inquired whether ODNI could produce a similar record for both the AOPS survey and climate survey, for all years covered in Plaintiff's FOIA request, and for each Intelligence Community agency (the produced record dealt only with a single year of the climate survey). ODNI is considering this request, and if feasible, will search for the requested records.

**II. Proposed Next Steps**

Plaintiffs and Defendant jointly propose that they next file a joint status report on January 13, 2022 to apprise the Court of the status of the case.

DATED: November 17, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Joshua C. Abbuhl*
JOSHUA C. ABBUHL (D.C. Bar No. 1044782)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005

Telephone: (202) 616-8366
Facsimile: (202) 616-8470
joshua.abbuhl@usdoj.gov

*Counsel for the Defendant*

*/s/ Anne H. Tindall*
ANNE H. TINDALL (D.D.C. Bar No. 494607)
The Protect Democracy Project, Inc.
2020 Pennsylvania Ave. NW, Ste. 163
Washington, DC 20006
Phone: (202) 579-4582
Fax: (929) 777-8428
anne.tindall@protectdemocracy.org

BRITTANY WILLIAMS (*pro hac vice*)
The Protect Democracy Project, Inc.
1900 Market St., 8th Fl.
Philadelphia, PA 19103
Telephone: (202) 579-4582
Fax: (929) 777-8428
brittany.williams@protectdemocracy.org

*Counsel for Plaintiffs*